1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT NITZKE,

11            Plaintiff,                  CIV S-06-0640 DFL KJM PS

12        vs.

13   TRINITY COUNTY BOARD OF
     SUPERVISORS, et al.,

14

15            Defendants.               <u>ORDER</u>

     _____/

16

17            Plaintiff is proceeding pro se.  Plaintiff has filed an in forma pauperis affidavit in

     which he states that he owns a home with a market value of $250,000, has a bank account with a

18

     balance of $2,000 and has a retirement account totaling $175,000.  Plaintiff also receives a

19

     monthly pension of $234 and disability benefits.

20

21            As provided by federal statute, a filing fee of $250.00[1] is required to commence a

     civil action in federal district court.  28 U.S.C. § 1914(a).  The court may authorize the

22

     commencement of an action "without prepayment of fees and costs or security therefor, by a

23

     person who makes affidavit that he is unable to pay such costs or give security therefor."  28

24

     U.S.C. § 1915(a).  The amount of plaintiff's assets and monthly income shows that plaintiff is

25

     _____

26        [1]   This is the filing fee that was in effect at the time plaintiff filed this action.

1   able to pay the filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigency.

2   See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony

3   v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316,

4   (N.D. Cal. 1994).  Plaintiff will therefore be granted twenty days in which to submit the

5   appropriate filing fee to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the fee

6   will result in a recommendation that the application to proceed in forma pauperis be denied and

7   the instant action be dismissed without prejudice.

8         Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date

9   of this order, plaintiff shall submit the appropriate filing fee.

10   DATED:  May 1, 2006.

11

12             _____

                UNITED STATES MAGISTRATE JUDGE

13

14

15

16   006

17   nitzke.ifpden

18

19

20

21

22

23

24

25

26