IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT NITZKE,

    Plaintiff,                    No. CIV S-06-0640 DFL KJM PS

    vs.

TRINITY COUNTY BOARD OF
SUPERVISORS, et al.,

    Defendants.               FINDINGS & RECOMMENDATIONS

/

        By order filed May 2, 2006, this court directed plaintiff to submit, within twenty days, the appropriate filing fee. Twenty days have since passed, and plaintiff has not submitted the appropriate filing fee or otherwise responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this case be dismissed. <u>See</u> Local Rule 11-110.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

/////

/////

1 within the specified time may waive the right to appeal the District Court's order. Martinez v.
2 Ylst, 951 F.2d 1153 (9th Cir. 1991).
3 DATED: June 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE