IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT NITZKE,

        Plaintiff,               CIV S-06-0640 DFL KJM PS

    vs.

TRINITY COUNTY BOARD OF
SUPERVISORS, et al.,

        Defendants.          <u>ORDER</u>

_____/

        By order filed May 2, 2006, plaintiff was ordered to pay the filing fee. Plaintiff failed to timely do so and the court recommended the action be dismissed. Plaintiff has now filed objections, contending he never received the order to pay the filing fee.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of Court is directed to reserve plaintiff with a copy of the May 2, 2006 order and to indicate service by mail on the docket. Plaintiff shall comply with the May 2 order within 20 days of the date of its reservice on him.

/////

/////

/////

1

        2. The findings and recommendations filed June 13, 2006 are vacated.

DATED: June 26, 2006.

                                      /s/ Mueller  
                              UNITED STATES MAGISTRATE JUDGE

006

nitzke.vac