1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT NITZKE,

11          Plaintiff,                    CIV S-06-0640 DFL KJM PS

12       vs.

13   TRINITY COUNTY BOARD OF
     SUPERVISORS, et al.,

14
            Defendants.              FINDINGS & RECOMMENDATIONS

15   _____/

16

17          This action was referred to the undersigned under Local Rule 72-302(c)(21).  As

18   provided by Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service

19   of summons is not made within 120 days after the filing of the complaint.  This action was filed

20   March 27, 2006 and plaintiff has not yet served any of the numerous defendants named in this

21   action with summons.

22          A status conference was held before the undersigned on October 11, 2006.

23   Plaintiff failed to appear.  It appears plaintiff has abandoned this litigation.

24          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

25          These findings and recommendations are submitted to the United States District

26   Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days

1

1   after being served with these findings and recommendations, any party may file written

2   objections with the court and serve a copy on all parties.  Such a document should be captioned

3   "Objections to Findings and Recommendations."  Any reply to the objections shall be served and

4   filed within ten days after service of the objections.  The parties are advised that failure to file

5   objections within the specified time may waive the right to appeal the District Court's order.

6   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

7   DATED:  October 16, 2006.

8

9   _____
    UNITED STATES MAGISTRATE JUDGE

10

11

12  006
13  nitzke.4m.57

14

15

16

17

18

19

20

21

22

23

24

25

26