IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT NITZKE,

      Plaintiff,                      CIV S-06-0640 DFL KJM PS

    vs.

TRINITY COUNTY BOARD OF
SUPERVISORS, et al.,

      Defendants.                <u>ORDER</u>

/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). On October 17, 2006, findings and recommendations were filed recommending dismissal of this action because plaintiff failed to appear at a status conference and it appeared plaintiff had abandoned this litigation. Plaintiff has now filed objections, contending he did not receive timely notice of the status conference. The findings and recommendations will therefore be vacated. Plaintiff is advised that the Local Rules do not provide for service of court orders on pro se litigants via e-mail.

        Plaintiff is further advised that Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at

1

oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

        Accordingly, IT IS HEREBY ORDERED that:

        1. The October 17, 2006, findings and recommendations are vacated.

        2. Defendants' motion to dismiss, filed October 26, 2006, is set for hearing December 6, 2006 at 10:00 a.m. in courtroom no. 26.

        3. Plaintiff shall file opposition, if any, to the motion no later than November 22, 2006. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: November 8, 2006.

_____
U.S. MAGISTRATE JUDGE

006
nitzke2.vac