IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT NITZKE,

   Plaintiff,     CIV S-06-0640 DFL KJM PS

 vs.

TRINITY COUNTY BOARD OF
SUPERVISORS, et al.,

   Defendants.   <u>ORDER</u>

    Plaintiff has requested the appointment of counsel. Plaintiff has not indicated under which statute he seeks appointment of counsel. Plaintiff is not proceeding in forma pauperis and there does not appear to be any statute authorizing the appointment of counsel which would be applicable to the instant matter. Plaintiff's request will therefore be denied.

    Plaintiff has requested that the court combine his two pending civil actions. Consolidation is not warranted and both civil matters are already assigned to the same magistrate judge. Plaintiff's request will therefore be denied.

    Calendared for hearing on February 21, 2007 is defendants' motion to dismiss. No opposition to the motion has been filed.

/////

/////

1  Local Rule 78-230(c) provides that opposition to the granting of a motion must be
2  filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o
3  party will be entitled to be heard in opposition to a motion at oral arguments if written opposition
4  to the motion has not been timely filed by that party."  In addition, Local Rule 78-230(j)
5  provides that failure to appear may be deemed withdrawal of opposition to the motion or may
6  result in sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local
7  Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or
8  within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for appointment of counsel is denied.

2. Plaintiff's request to combine civil actions is denied.

3. The hearing date of February 21, 2007 is vacated.  Hearing on defendants' motion is continued to April 4, 2007 at 10:00 a.m. in courtroom no. 26.

4. Plaintiff shall file opposition, if any, to the motion no later than March 21, 2007.  Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED:  February 15, 2007.

_____
U.S. MAGISTRATE JUDGE

006
nitzke.con

2